UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADOU KOULIBALY, Plaintiff, -v.- CITY OF NEW YORK, Defendant. | 25 Civ. 7989 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 24, 2025, Plaintiff commenced this case by filing a complaint. (Dkt. #1). On November 20, 2025, the Court issued an Order of Service that, among other things, (i) ordered the City of New York (the "City") to identify certain unnamed defendants described in the complaint, pursuant to *Valentin* v. *Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), (the "*Valentin* response"); and (ii) ordered Plaintiff to file an amended complaint naming as Defendants the individuals identified in the City's *Valentin* response within 30 days of receiving the response. (Dkt. #7).

On January 7, 2026, before the City submitted its *Valentin* response, Plaintiff filed an amended complaint naming only the City of New York as a Defendant. (Dkt. #14 ("FAC")). On January 20, 2026, the Court adjourned the City's deadline to provide its *Valentin* response. (Dkt. #17). On March 6, 2026, the City submitted its *Valentin* response. (Dkt. #18).

On June 23, 2026, because Plaintiff had not filed a second amended complaint ("SAC") that named as Defendants the individuals identified in the City's *Valentin* response, the Court "advise[d] Plaintiff that if he wishes for this

case to continue, he shall file his SAC on or before July 31, 2026." (Dkt. #23 (emphasis omitted)). The Court further "warn[ed] Plaintiff that if he fails to file his SAC by this deadline, it will dismiss this case for failure to prosecute and failure to follow Court orders." (*Id.* (citing *LeSane* v. *Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001)). And for Plaintiff's convenience, and in case he had not received any of the relevant materials, the Court attached to the end of its June 23, 2026 Order (i) its Order of Service (Dkt. #7), (ii) its endorsement of the City's request to adjourn its deadline to provide its *Valentin* response (Dkt. #17), and (iii) the City's *Valentin* response (Dkt. #18). (Dk. #23).

Recognizing that Plaintiff is detained at Rikers Island and proceeding *pro se*, the Court has waited an additional two weeks since its July 31, 2026 deadline to afford Plaintiff even more time to file his SAC. But it is now August 14, 2026, and Plaintiff has had ample warning. Accordingly, the Court DISMISSES this case for failure to prosecute and failure to follow Court orders. *See LeSane*, 239 F.3d at 209.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this endorsement to Plaintiff at his address of record.

SO ORDERED.

Dated: August 14, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge